UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BACOU-DALLOZ USA SAFETY, INC.,

Plaintiff,

v.

AEARO COMPANY and CABOT SAFETY INERMEDIATE CORPORATION,

Defendants.

Case No. 04-40049-NMG

### UNOPPOSED MOTION TO EXTEND TIME FOR FILING OPPOSITION TO AEARO MOTION TO DISMISS OR TRANSFER

Plaintiff Bacou-Dalloz respectfully moves to extend the time for filing an Opposition to the Aearo Motion to Dismiss or Transfer, now set to expire after May 13, 2004, to instead expire after May 24, 2004, to enable counsel to confer and attempt in good faith to resolve or narrow the issue. The attorney for Aearo has assented to this requested extension.

Respectfully submitted,

Dated: May 10, 2004

*Charles Hieken*
Charles Hieken (BBO 233640)
Gregory A. Madera (BBO 313020)
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Attorneys for Plaintiff
BACOU-DALLOZ USA SAFETY, INC.

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on MAY 1 0 2004

*Charles Hieken*