AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## District of Massachusetts
Worcester

BACOU-DALLOZ USA SAFETY, INC., and
HOWARD LEIGHT INDUSTRIES, LLC

    Plaintiffs,

v.

CABOT SAFETY INTERMEDIATE CORPORATION,
and AEARO COMPANY

    Defendants.

SUMMONS IN A CIVIL CASE

Case Number: 04-40049-NMG

TO:

    AEARO COMPANY
    35 Optical Drive
    Southbridge, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

    Charles Hieken
    Gregory Madera
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA 02110-2804

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

_____    4/6/2004
Clerk                                            Date

_____
(By) Deputy Clerk



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
*Worcester, ss*

05/10/2004

I hereby certify and return that on 05/07/2004 at 11:56am I served a true and attested copy of the Summons and Complaint for Declatory Judgment, Exhibit A in this action in the following manner: To wit, by delivering in hand to LYNORE MCKIN, agent, person in charge at the time of service for ALARO COMPANY at 35 OPTICAL DR, SOUTHBRIDGE, MA. Fees: Service 30.00, Travel 10.44, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $53.94

Deputy Sheriff Paul F Ainsworth

_____
**Deputy Sheriff**