# United States District Court

DISTRICT OF MASSACHUSETTS

IN CLERK'S OFFICE

2004 JUN 14 A 9:27

BACOU-DALLOZ USA SAFETY, INC. and
HOWARD LEIGHT INDUSTRIES, LLC,

    Plaintiffs,

v.

CABOT SAFETY INTERMEDIATE CORPORATION
and AEARO COMPANY,

    Defendants.

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.
CASE NUMBER:

**04-40049-NMG**

TO: (Name and address of defendant)

CABOT SAFETY INTERMEDIATE CORPORATION
35 Optical Drive
Southbridge, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles Hieken
Gregory Madera
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

4/6/2004
DATE

_Amanda Halepainen_
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

Paul

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

06/10/2004

I hereby certify and return that on 06/07/2004 at 12:50pm I served a true and attested copy of the Summons and Complaint for Declatory Judgment, Exhibit A in this action in the following manner: To wit, by delivering in hand to LYNORE MCKIN, agent, person in charge at the time of service for CABOT SAFETY INTERMEDIATE CORPORATION at 35 OPTICAL DR, SOUTHBRIDGE, MA. Fees: Service 30.00, Travel 13.44, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total Fees: $53.94

Deputy Sheriff Paul R Almstrom

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                  Date                    Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.