# Cantor Colburn LLP
*Intellectual Property Attorneys*



e-mail: iplaw@cantorcolburn.com
web: www.cantorcolburn.com

FILED
IN CLERKS OFFICE

2004 JUN 15 A 10: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 14, 2004

**HARTFORD**
55 Griffin Road South
Bloomfield, CT 06002
phone: 860-286-2929
fax: 860-286-0115

Michael A. Cantor
Philmore H. Colburn II
Keith J. Murphy
Leah M. Reimer, Ph.D.
David A. Fox
William J. Cass
Michael J. Rye
Pamela J. Curbelo
Kenneth P. VanWyck*
Victor E. Libert

Andrew C. Ryan
H.M. Bedingfield
Steven M. Coyle
Charles F. O'Brien
George A. Pelletier, Jr.
Troy J. LaMontagne
Daniel F. Drexler
James J. Merrick
Sean F. Sullivan
Pamela S. Chestek
Daniel E. Bruso
Lisa A. Bongiovi
Peter R. Hagerty*
Anne Davis Barry
Marisa J. Dubuc
Jae Y. Park*
David Arnold
Roberta L. Pelletier
Michael A. Blake*
Joel T. Charlton
Frederick A. Spaeth
Jaksha C. Tomic*

*of counsel:*
David S. Fishman
Jay L. Chaskin*
Bernard Snyder*

**not admitted in CT*

*Korean Patent Attorney*
Suk-Heum Kwon
Soonja Bae

*patent agent:*
J. Michael Buchanan, Ph.D.
Karen A. Jalbert
Patricia S. DeSimone
David E. Rodrigues, Ph.D.
Karen A. LeCuyer, Ph.D.
L. Anne Horvath, Ph.D.
Dean Y. Shahriari, Ph.D.

**DETROIT**
201 W. Big Beaver Rd., Suite 370
Troy, Michigan 48084
phone: 248-524-2300
fax: 248-524-2700

Robert S. Nolan
Christopher C. Boehm
Suzanne D. Nolan, Ph.D.
Cathy B. Roumell
Mary E. Golota
John F. Buckert

**Via Federal Express**

Honorable Nathaniel M. Gorton
United States District Court
Donohue Federal Building
595 Main Street, 5th floor
Worcester, MA 01608

Re:   ***Bacou-Dalloz USA Safety, Inc. and Howard Leight Industries, LLC v. Cabot Safety Intermediate Corp. and Aearo Company.***
      Civil Action No.: 04-40049-NMG
      Our File No.: CAO-0580-L

Dear Judge Gorton:

Currently pending before you in the above referenced action is the Defendant's Motion to Transfer this case to the Southern District of Indiana, Indianapolis Division, where a first filed action is currently pending. The Motion to Transfer has been fully briefed. Subsequent to the briefing, the Indianapolis Court has ruled upon Bacou's Motion to Transfer an additional case between the parties, *Aearo Company and Cabot Safety Intermediate Corporation v. Bacou-Dalloz USA Safety, Inc.*, Civil Action No.: 1:03-CV-1406 DFH. For your information, I am attaching a copy of Judge Hamilton's ruling in which he denied Bacou's Motion to Transfer the case to California, where Howard Leight Industries' operations are located. As can be seen by the Judge Hamilton's decision, there was no mention by Bacou of any relationship between it and Massachusetts.

Respectfully submitted,

Michael J. Rye

MJR/dmc
Enclosure

Cc:   Charles Hieken, Esq.
      David Campbell, Esq.

**Cantor Colburn** LLP
*Intellectual Property Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing letter to Honorable Nathaniel M. Gorton and Entry on Motion to Transfer has been served via Federal Express this 14th day of June, 2004 to the following:

Charles Hieken, Esq.
Gregory A. Madera, Esq.
225 Franklin Street
Boston, MA 02110-2804

_____
Michael J. Rye, Esq.