# Cantor Colburn LLP
*Intellectual Property Attorneys*



e-mail: iplaw@cantorcolburn.com
web: www.cantorcolburn.com

June 30, 2004

**HARTFORD**
55 Griffin Road South
Bloomfield, CT 06002
phone: 860-286-2929
fax: 860-286-0115

Michael A. Cantor
Philmore H. Colburn II
Keith J. Murphy
Leah M. Reimer, Ph.D.
David A. Fox
William J. Cass
Michael J. Rye
Pamela J. Curbelo
Kenneth P. VanWyck*
Victor E. Libert

Andrew C. Ryan
H.M. Bedingfield
Steven M. Coyle
Charles F. O'Brien
George A. Pelletier, Jr.
Troy J. LaMontagne
Daniel F. Drexler
James J. Merrick
Sean F. Sullivan
Pamela S. Chestek
Daniel E. Bruso
Lisa A. Bongiovi
Peter R. Hagerty*
Anne Davis Barry
Marisa J. Dubuc
Jae Y. Park*
David Arnold
Roberta L. Pelletier
Michael A. Blake*
Joel T. Charlton
Frederick A. Spaeth
Jaksha C. Tomic*

*of counsel:*
David S. Fishman
Jay L. Chaskin*
Bernard Snyder*

*not admitted in CT*

*Korean Patent Attorney*
Suk-Heum Kwon
Soonja Bae

*patent agent:*
J. Michael Buchanan, Ph.D.
Karen A. Jalbert
Patricia S. DeSimone
David E. Rodrigues, Ph.D.
Karen A. LeCuyer, Ph.D.
L. Anne Horvath, Ph.D.
Dean Y. Shahriari, Ph.D.

**DETROIT**
201 W. Big Beaver Rd., Suite 370
Troy, Michigan 48084
phone: 248-524-2300
fax: 248-524-2700

Robert S. Nolan
Christopher C. Boehm

Suzanne D. Nolan, Ph.D.
Cathy B. Roumell
Mary E. Golota
John F. Buckert

**Via Federal Express**

Honorable F. Dennis Saylor
United States District Court
Donohue Federal Building
595 Main Street, 5th Floor
Worcester, MA 01608

Re:   ***Bacou-Dalloz USA Safety, Inc. and Howard Leight Industries, LLC v. Cabot Safety Intermediate Corp. and Aearo Company.***
Civil Action No.: 04-40049-FDS
Our File No.: CAO-0580-L

Dear Judge Saylor:

Currently pending before you in the above referenced action is the Defendants' Motion to Transfer this case to the Southern District of Indiana, Indianapolis Division, on the grounds that there is a first filed action currently pending in that district. The Motion to Transfer has been fully briefed. This letter is written to inform the Court of recent events in the Indiana action.

By way of background, Bacou-Dalloz USA Safety, Inc. and Howard Leight Industries, LLC (hereinafter collectively referred to as "Leight") filed a motion in Indiana on May 28, 2004 to stay the Indiana action pending this Court's resolution of Defendant's Motion to Transfer. (See Exh. 1, Leight's Memorandum of Law in Support of Motion to Stay (w/o exhibits)). Cabot Safety Intermediate Corp. and Aearo Company (hereinafter collectively referred to as "Cabot") opposed Leight's motion to stay on the grounds that, *inter alia*, the first filed motion should proceed unhindered because there are no "special circumstances" to justify Leight's bid for venue in Massachusetts. Further, Cabot cross-moved the Indiana district court to enjoin Leight from proceeding with this second filed action. (See Exh. 2, Cabot's Opposition to Leight's Motion to Stay and Cross-Motion to Enjoin (w/o exhibits)). (Leight's Reply Brief in support of its Motion to Stay is attached hereto as Exh. 3).

Earlier today, the Indiana district court denied Leight's Motion to Stay the Indiana action and entered Cabot's proposed Case Management Plan. (See

**antor Colburn** LLP

*Intellectual Property Attorneys*

<div style="text-align: right;">
Honorable F. Dennis Saylor<br>
June 30, 2004<br>
Page 2
</div>

Exh. Nos. 4 and 5).[1] Accordingly, the parties must proceed with the Indiana action forthwith. Given that the claims raised in Leight's Complaint for declaratory judgment are *identical* to its counterclaims filed in the Indiana action (Leight's Answer and Counterclaims in the Indiana action are attached hereto as Exh. 6), there will be completely overlapping litigation proceeding in both the Southern District of Indiana and the District of Massachusetts if this action is not dismissed or transferred.

<div style="margin-left: 50%;">
Respectfully submitted,

*/s/ Andrew C. Ryan*

Andrew C. Ryan
</div>

ACR/cm
Enclosure

Cc:  Charles Hieken, Esq.
     David Campbell, Esq.

---

[1] The Indiana district court did not grant Cabot's motion for an injunction. (See Exhibit 4).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing letter to Honorable F. Dennis Saylor has been served via overnight delivery this 30th day of June, 2004 to the following:

Charles Hieken, Esq.
Gregory A. Madera, Esq.
225 Franklin Street
Boston, MA 02110-2804

_____
Andrew C. Ryan