```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

Bacou-Delloz USA Safety, Inc.,
and Howard Leight Industries, LLC,
    Plaintiff(s)

    v.                                       CIVIL ACTION
                                            NO. 04-40049-FDS

Cabot Safety Intermediate
Corporation and Aearo Company,
    Defendant(s)

## ORDER FOR TRANSFER

SAYLOR, D.J.

    In accordance with this Court's Memorandum and Order dated 12/13/04, it is hereby ORDERED that the above-entitled action be and hereby is TRANSFERRED to the Southern District of Indiana pursuant to 28 U.S.C. §1404(A) for all further proceedings.

                                                By the Court,

                                                /s/ Martin Castles
                                                Deputy Clerk

Date:  December 14, 2004